# EXHIBIT 2

# REQUEST FOR JUDICIAL INTERVENTION
UCS-840 (7/2012)

| For Court Clerk Use Only: |
|---|
| IAS Entry Date |
| Judge Assigned |
| RJI Date |

Supreme _____ COURT, COUNTY OF New York ☑

**Index No:** 652948/2014    **Date Index Issued:** 09/26/2014

**CAPTION:** Enter the complete case caption. Do not use et al or et ano. If more space is required, attach a caption rider sheet.

DOV MALNIK and TOMER FEINGOLD,
Plaintiffs

Plaintiff(s)/Petitioner(s)

-against-

MUDDY WATERS, LLC, CARSON BLOCK, and JOSHUA STEINBERG
Defendants

Defendant(s)/Respondent(s)

## NATURE OF ACTION OR PROCEEDING: Check ONE box only and specify where indicated.

**MATRIMONIAL**
- ○ Contested
  - NOTE: For all Matrimonial actions where the parties have children under the age of 18, complete and attach the MATRIMONIAL RJI Addendum. For Uncontested Matrimonial actions, use RJI form UD-13.

**TORTS**
- ○ Asbestos
- ○ Breast Implant
- ○ Environmental: _____ (specify)
- ○ Medical, Dental, or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability: _____ (specify)
- ○ Other Negligence: _____ (specify)
- ○ Other Professional Malpractice: _____ (specify)
- ○ Other Tort: _____ (specify)

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution   [see NOTE under Commercial]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other: _____ (specify)

**COMMERCIAL**
- ⊙ Business Entity (including corporations, partnerships, LLCs, etc.)
- ○ Contract
- ○ Insurance (where insurer is a party, except arbitration)
- ○ UCC (including sales, negotiable instruments)
- ○ Other Commercial: _____
  - NOTE: For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the COMMERCIAL DIV RJI Addendum.

**REAL PROPERTY:** How many properties does the application include? _____
- ○ Condemnation
- ○ Mortgage Foreclosure (specify):   ○ Residential   ○ Commercial
  Property Address: _____
  Street Address       City       State       Zip
  - NOTE: For Mortgage Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the FORECLOSURE RJI Addendum.
- ○ Tax Certiorari - Section: _____ Block: _____ Lot: _____
- ○ Tax Foreclosure
- ○ Other Real Property: _____ (specify)

**SPECIAL PROCEEDINGS**
- ○ CPLR Article 75 (Arbitration)   [see NOTE under Commercial]
- ○ CPLR Article 78 (Body or Officer)
- ○ Election Law
- ○ MHL Article 9.60 (Kendra's Law)
- ○ MHL Article 10 (Sex Offender Confinement-Initial)
- ○ MHL Article 10 (Sex Offender Confinement-Review)
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene: _____ (specify)
- ○ Other Special Proceeding: _____ (specify)

## STATUS OF ACTION OR PROCEEDING: Answer YES or NO for EVERY question AND enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons w/notice been filed? | ⊙ | ○ | If yes, date filed: 09/26/2014 |
| Has a summons and complaint or summons w/notice been served? | ○ | ⊙ | If yes, date served: (2/3 Ds served on 1/15 & 1/17) |
| Is this action/proceeding being filed post-judgment? | ○ | ⊙ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION:** Check ONE box only AND enter additional information where indicated.

- ◯ Infant's Compromise
- ◯ Note of Issue and/or Certificate of Readiness
- ◯ Notice of Medical, Dental, or Podiatric Malpractice — Date Issue Joined: _____
- ◯ Notice of Motion — Relief Sought: _____ — Return Date: _____
- ◯ Notice of Petition — Relief Sought: _____ — Return Date: _____
- ⦿ Order to Show Cause — Relief Sought: Extend - Time — ▼ Return Date: _____
- ◯ Other Ex Parte Application — Relief Sought: _____
- ◯ Poor Person Application
- ◯ Request for Preliminary Conference
- ◯ Residential Mortgage Foreclosure Settlement Conference
- ◯ Writ of Habeas Corpus
- ◯ Other (specify): _____

**RELATED CASES:** List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases. If additional space is required, complete and attach the RJI Addendum. If none, leave blank.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**PARTIES:** For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in space provided. If additional space is required, complete and attach the RJI Addendum.

| Parties:<br>Un-Rep | List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants:<br>Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☐ | Malnick **Last Name**<br>Dov **First Name**<br>Primary Role: Plaintiff ▼<br>Secondary Role (if any): | Brown **Last Name**  Daniel **First Name**<br>Reiss Sheppe LLP **Firm Name**<br>425 Madison Avenue 19th Floor **Street Address**  New York **City**  New York ▼ **State**  10017 **Zip**<br>2127532424 **Phone**  2127533829 **Fax**  dbrown@reissheppe.com **e-mail** | ◯ YES<br>⦿ NO | |
| ☐ | Feingold **Last Name**<br>Tomer **First Name**<br>Primary Role: Plaintiff ▼<br>Secondary Role (if any): | Brown **Last Name**  Daniel **First Name**<br>Reiss Sheppe LLP **Firm Name**<br>425 Madison Avenue 19th Floor **Street Address**  New York **City**  New York ▼ **State**  10017 **Zip**<br>2127532424 **Phone**  2127363829 **Fax**  dbrown@reisssheppe.com **e-mail** | ◯ YES<br>⦿ NO | |
| ☐ | Muddy Waters, LLP **Last Name**<br>**First Name**<br>Primary Role: Defendant ▼<br>Secondary Role (if any): | Syverson **Last Name**  Erik S. **First Name**<br>Raines Feldman, LLP **Firm Name**<br>9720 Wilshire Boulevard 5th Floor **Street Address**  Beverly Hills **City**  California ▼ **State**  90212 **Zip**<br>3109884296 **Phone**  3107657730 **Fax**  esyverson@raineslaw.com **e-mail** | ◯ YES<br>⦿ NO | |
| ☐ | Block **Last Name**<br>Carson **First Name**<br>Primary Role: Defendant ▼<br>Secondary Role (if any): | Syverson **Last Name**  Erik S. **First Name**<br>Raines Feldman, LLP **Firm Name**<br>9720 Wilshire Boulevard 5th Floor **Street Address**  Beverly Hills **City**  California ▼ **State**  90212 **Zip**<br>3109884296 **Phone**  3107657730 **Fax**  esyverson@raineslaw.com **e-mail** | ◯ YES<br>⦿ NO | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated: 01/26/2015

SIGNATURE
Daniel J. Brown

ATTORNEY REGISTRATION NUMBER

PRINT OR TYPE NAME

Print Form

Print Form

UCS-840C
3/2011

**SUPREME COURT OF THE STATE OF NEW YORK**

COUNTY OF New York ▾ _____ x

Index No. 652948/2014 _____

DOV MALNIK and TOMER FEINGOLD

RJI No. (if any) _____

‑against‑                          . Plaintiff(s)/Petitioner(s)

MUDDY WATERS, LLC, CARSON BLOCK, and JOSHUA STEINBERG

Defendant(s)/Respondent(s)
                                                x

**COMMERCIAL DIVISION**
**Request for Judicial Intervention Addendum**

**COMPLETE WHERE APPLICABLE** [add additional pages if needed]:

**Plaintiff/Petitioner's cause(s) of action** [check all that apply]:

☒ Breach of contract or fiduciary duty, fraud, misrepresentation, business tort (e.g. unfair competition), or statutory and/or common law violation where the breach or violation is alleged to arise out of business dealings (e.g. sales of assets or securities; corporate restructuring; partnership, shareholder, joint venture, and other business agreements; trade secrets; restrictive covenants; and employment agreements not including claims that principally involve alleged discriminatory practices)

☐ Transactions governed by the Uniform Commercial Code (exclusive of those concerning individual cooperative or condominium units)

☐ Transactions involving commercial real property, including Yellowstone injunctions and excluding actions for the payment of rent only

☐ Shareholder derivative actions — without consideration of the monetary threshold

☐ Commercial class actions — without consideration of the monetary threshold

☐ Business transactions involving or arising out of dealings with commercial banks and other financial institutions

☐ Internal affairs of business organizations

☐ Malpractice by accountants or actuaries, and legal malpractice arising out of representation in commercial matters

☐ Environmental insurance coverage

☐ Commercial insurance coverage (e.g. directors and officers, errors and omissions, and business interruption coverage)

☐ Dissolution of corporations, partnerships, limited liability companies, limited liability partnerships and joint ventures — without consideration of the monetary threshold

☐ Applications to stay or compel arbitration and affirm or disaffirm arbitration awards and related injunctive relief pursuant to CPLR Article 75 involving any of the foregoing enumerated commercial issues — without consideration of the monetary threshold

**Plaintiff/Petitioner's claim for compensatory damages** [exclusive of punitive damages, interest, costs and counsel fees claimed]:

$ In excess of $500,000.00 _____

**Plaintiff/Petitioner's claim for equitable or declaratory relief** [brief description]:

Plaintiffs seek damages from defendants equal to the value of plaintiffs' ownership interest in the jointly-developed brand that is the subject of this dispute, a declaration that plaintiffs have not misappropriated information from defendants or violated any other purported duty to defendants, and an order enjoining defendants from misusing the jointly-developed brand.

**Defendant/Respondent's counterclaim(s)** [brief description, including claim for monetary relief]:

I REQUEST THAT THIS CASE BE ASSIGNED TO THE COMMERCIAL DIVISION. I CERTIFY THAT THE CASE MEETS THE JURISDICTIONAL REQUIREMENTS OF THE COMMERCIAL DIVISION SET FORTH IN 22 NYCRR § 202.70(a), (b) AND (c).

Dated: 01/26/2015 _____

_____
SIGNATURE

Daniel J. Brown
_____
PRINT OR TYPE NAME

## RJI Addendum

| Defendants | Attorneys | Issue Joined |
|---|---|---|
| Joshua Steinberg | unknown | N |