UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DOV MALNIK and TOMER GOLD,

          Plaintiffs,

  -against-

MUDDY WATERS, LLC, CARSON BLOCK, and
JOSHUA STEINBERG

          Defendant.
-----------------------------------------------------------------x

Docket No. 15CV00754

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA    )
                                 ) SS:
COUNTY OF LOS ANGELES  )

**Priscilla Markus**, being duly sworn, deposes and says:

I am over 18 years of age, am not a party to this action and reside in the county of Los Angeles, California.

On the 2nd day of February, 2015, I served a true copy of the following documents:

1. **NOTICE OF REMOVAL;**

2. **CIVIL COVER SHEET; and**

3. **RULE 7.1 STATEMENT**

by delivering same, enclosed in a sealed FedEx wrapper, with pre-paid overnight delivery postage, to the exclusive care, custody and control of FedEx, addressed as follows:

REISS SHEPPE, LLP
Daniel J. Brown, Esq.
425 Madison Avenue, 19th Floor
New York, NY 10017

SKIERMONT PUCKETT LLP
Paul J. Skiermont, Esq.
2200 Ross Avenue, Suite 4800W
Dallas, TX 75201

                                            _____
                                            Priscilla Markus

Sworn to before me this
2nd day of February, 2015

_____
Notary Public



BRENDA D. ARROYO
Commission # 2043663
Notary Public - California
Los Angeles County
My Comm. Expires Oct 30, 2017

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**               **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____   _____
2. _____   _____
3. _____   _____
4. _____   _____
5. _____   _____
6. _____   _____

*Signature of Document Signer No. 1*       *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of  Los Angeles

Subscribed and sworn to (or affirmed) before me on this __2__ day of __FEBRUARY__, 20_15_,
by       Date             Month          Year
(1) PRISCILLA MARKUS _____
(and (2)_____ ),
            *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Brenda D. Arroyo_
            *Signature of Notary Public*

BRENDA D. ARROYO
Commission # 2043663
Notary Public - California
Los Angeles County
My Comm. Expires Oct 30, 2017

*Seal*
*Place Notary Seal Above*

─────────────── **OPTIONAL** ───────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____  Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910