UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

DOV MALNIK and TOMER FEINGOLD          Plaintiff,

Case No. 15cv00754

-against-

MUDDY WATERS, LLC, CARSON BLOCK and JOSHUA STEINBERG          Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**SCOTT M. LESOWITZ**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SL2112          My State Bar Number is 4626701

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: MILLER BARONDESS
            FIRM ADDRESS: 1999 Ave. of the Stars, Los Angeles, CA 90067
            FIRM TELEPHONE NUMBER: 310.552.7564
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: RAINES FELDMAN LLP
            FIRM ADDRESS: 9720 Wilshire Blvd., 5 Flr, Beverly Hills, CA 90212
            FIRM TELEPHONE NUMBER: 310.440.4100
            FIRM FAX NUMBER: 310.691.1367

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 4, 2015

/s/ Scott M. Lesowitz
ATTORNEY'S SIGNATURE