UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

DOV MALNIK AND TOMER FEINGOLD,

               Plaintiff,

         -against-

MUDDY WATERS, LLC, CARSON BLOCK, and
JOSHUA STEINBERG

               Defendant.

------------------------------------------------------------------ X

Docket no. 15cv00754

**NOTICE OF ERRATA RE:
DOCKETS NO. 3 and NO. 4**

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Muddy Waters, LLC and Carson Block (collectively "Defendants") hereby submit this Notice of Errata to notify the Court, and all parties and their counsel of record that Dockets No. 3 and No. 4, captioned *AFFIDAVIT OF SERVICE* and *NOTICE OF CHANGE OF ADDRESS*, which were electronically filed on February 4, 2015, contained a clerical error during the e-filing process. Defendant JOSHUA STEINBERG should not have been selected as a party filing Dockets No. 3 and No. 4.

Raines Feldman LLP does not represent JOSHUA STEINBERG.

               Respectfully submitted,

               RAINES FELDMAN LLP
               *Attorneys for Defendants Muddy Waters, LLC and Carson Block*

               By: /s/ Scott Lesowitz
                    Scott M. Lesowitz