UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DOV MALNIK and TOMER FEINGOLD,

    Plaintiffs,

        - against -

MUDDY WATERS, LLC, CARSON BLOCK,
and JOSHUA STEINBERG,

    Defendants.
-----------------------------------------------------------------x

Case No. 15 CV 00754 (LTS)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter our appearance on behalf of all of the Plaintiffs in this action. We certify that we are admitted to practice in this Court.

Dated: New York, New York
       February 5, 2015

**REISS SHEPPE LLP**

By: _____
    Daniel J. Brown (DB-7458)
425 Madison Avenue, 19th Floor
New York, New York 10017
Tel: (212) 753-2424
Fax: (212) 753-3829
Email: dbrown@reisssheppe.com

*Attorneys for Plaintiffs*